# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0999
LT Case No. 2021-CA-001536-A

_____

CHRYSTAL HOLMES, GERALD
FINK, ALEXANDER ROSHELL, and
DENISE KINSEY,

    Appellants,

    v.

THE VILLAGES TRI-COUNTY
MEDICAL CENTER, INC., d/b/a UF
Health Central Florida,
CENTRAL FLORIDA HEALTH, INC.,
d/b/a UF HEALTH CENTRAL
FLORIDA, and LEESBURG
REGIONAL MEDICAL CENTER,
INC., d/b/a UF Health Central
Florida,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Danny Ray Mosley, Judge.

John A. Yanchunis, of Morgan & Morgan, Tampa,
for Appellants.

Julie Singer Brady and Yameel L. Mercado Robles, of Baker &
Hostetler LLP, Orlando, and Michael A. Kushner, of Baker &
Hostetler LLP, Costa Mesa, California, and Casie D. Collignon, of

Baker & Hostetler LLP, Denver, Colorado, pro hac vice, for Appellees.

October 21, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____